UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN SCHAFFER as TRUSTEE of the LABORERS LOCAL #7 HEALTH FUND, the LABORERS LOCAL #7 PENSION FUND, the LABORERS LOCAL #7 DEFINED CONTRIBUTION FUND and the LABORERS LOCAL #7 TRAINING AND EDUCATION FUND<br>　　　　　　　　　　　　　　　　　　Plaintiffs<br>-vs-<br>DANIEL J. LYNCH, INC., and KELLY LYNCH, Individually<br>　　　　　　　　　　　　　　　　　　Defendants | Civil Action No: 3:07-CV-1290<br>Judge: FJS/DEP<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas this action is not a class action, no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued on the merits with prejudice. This stipulation may be filed with the Clerk of the Court without further notice.

Dated: 3/9/09     DAVID A. KLINE, ATTORNEY AT LAW

　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　David A. Kline, Esq.
　　　　　　　　　　　　　　Bar Roll Number: 103158
　　　　　　　　　　　　　　Attorney for the Plaintiffs
　　　　　　　　　　　　　　Office and Post Office Address
　　　　　　　　　　　　　　7136 East Genesee Street
　　　　　　　　　　　　　　Fayetteville, NY 13066
　　　　　　　　　　　　　　Phone: 315-637-0160
　　　　　　　　　　　　　　Fax: 309-418-1151
　　　　　　　　　　　　　　E-mail: dakesq@verizon.net

Dated: _____  POPE, SCHRADER & SACCO, LLP

By: *Alan J. Pope* /s/
Alan J. Pope, Esq.
Bar Roll No. 301508
Attorneys for Defendants
Twenty Hawley Street
East Tower-Seventh Floor
PO Box 510
Binghamton, NY 13902
Tel: 607-584-4900
APope@psslawfirm.com

So Ordered:

Senior *[signature]*
US District Judge

Dated: 3/30/09